UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNADETTE SCOTT,

    Plaintiff(s),

v.

CITY SMOKE BUILDING LAKE ORION, LLC,

    Defendant(s).

Case No. 25-cv-10030

Honorable Robert J. White

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to a Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice.

SO ORDERED.

Dated: March 31, 2025

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

/s/ Pete Monismith
Pete M. Monismith (P78186)
Attorneys for Plaintiff

/s/ Jerry A. Lascoe
JERRY A. LASCOE (P 56482)
Attorney for Defendant